| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 4:19CR00170-1 |

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*

6:24-CR-03001-MDH

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Georgia | Savannah |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Lori Wilson<br>300 Schaefer Drive<br>Branson, MO 65616 | Honorable William T. Moore, Jr.<br>Judge, U.S. District Court |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/5/2023 | 10/4/2026 |

OFFENSE
18 U.S.C. § 1512(b)(3)         Tampering with a victim or witness

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE         SOUTHERN        DISTRICT OF         GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the         Western District of Missouri         upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JAN. 8, 2024
*Date*

*William T. Moore, Jr.*
*Judge, U.S. District Court*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE         Western         DISTRICT OF         Missouri

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb. 13, 2024
*Effective Date*

*United States District Judge*